UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO.: 08-0192 CRB<br><br>Removed From U.S. District Court for Maryland (Balto)<br>Case No.: 1:07-cv-03140-AMD |
| Esther Nimarko,<br><br>  Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br><br>  Defendants. | MDL NO. 1699<br>District Judge: Charles R. Breyer<br><br><br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Esther Nimarko, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 19, 2009

> By:
> Paul A. Weykamp
> Attorneys for Plaintiff, Esther Nimarko

DATED: Nov. 2, 2009     DLA PIPER LLC

> By: /s/ Michelle Sadowsky
> Michelle Sadowsky
> Attorneys for Defendant, Pfizer, Inc.

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES'
STIPULATION, IT IS SO ORDERED.

Dated: **NOV 1 3 2009**

Hon. Charles R. Breyer
United States District Court